**CLOUDING CORP., Appellant**

v.

**UNIFIED PATENTS, INC., Appellee.**

No. 2015–1799.

United States Court of Appeals, Federal Circuit.

May 19, 2016.

Tarek N. Fahmi, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

Daniel Craig Cooley, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented James R. Barney, Washington, DC; Jonathan Stroud, Washington, DC.

Robert McBride, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Michael Sumner Forman, Scott Weidenfeller.

NEWMAN, DYK, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.